UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ARTHUR C. SCHMIDT,

    Plaintiff,                            CASE NO.: 5:07-CV-00382-WTH-GRJ

v.

MERRILL LYNCH TRUST COMPANY,
JOHN HANCOCK LIFE INSURANCE
COMPANY (USA), LEVUN, GOODMAN,
& COHEN, LLP, and JEFFREY S. TAYLOR,

    Defendants.

_____/

**<u>PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTY</u>**

        COMES NOW Dennis Schmidt, Personal Representative of the Estate of Arthur Schmidt, by and through his undersigned counsel, and moves to be substituted as the Plaintiff in this cause, and as grounds therefore would show:

        1.      On October 10, 2007 a Suggestion of Death (Doc. #19) advising the Court and the parties that the Plaintiff, Arthur C.Schmidt, had died was filed in this cause.

        2.      The movant, who is the Plaintiff's son, has been appointed Personal Representative of the Estate of Arthur C. Schmidt, and is now the real party in interest.  A copy of the Letters of Administration is attached hereto and incorporated by reference herein as Exhibit "A".

        3.      At the time of death of Arthur C. Schmidt, the undersigned counsel advised the Defendants that Dennis Schmidt was designated as the Personal Representative in the Last Will and Testament of Arthur C. Schmidt, and that a

1

substitution would be sought upon his formal appointment.  The Defendants advised the undersigned that they had no objection to such substitution.

## CERTIFCATE OF SERVICE

I HEREBY CERTIFY that on January 23, 2008, a true copy of the foregoing was electronically filed with the Clerk of the Court through the CM/ECF electronic filing system for electronic delivery to all counsel or pro se parties appearing in this cause and enrolled to receive CM/ECF filings, and by U.S. Mail to the following counsel or pro se parties not so enrolled: NONE.

/s/ Eric A. Lanigan
_____
Eric A. Lanigan, Esq.
Fla. Bar No. 219622
*ecf.lanigan@yahoo.com*
222 S. Pennsylvania Ave., #101
Winter Park, FL 32789
(407)740-7379; fax (407)740-6812
Attorney for Plaintiff