IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
IN AND FOR CITRUS COUNTY, FLORIDA
PROBATE CASE NO. _____2007 CP 881_____

IN RE: THE ESTATE OF

    ARTHUR C. SCHMIDT,

    Deceased.

_____/

## LETTERS OF ADMINISTRATION

TO ALL WHOM IT MAY CONCERN:

WHEREAS, Arthur C. Schmidt, a resident of Citrus County, Florida, died on September 30, 2007, owning assets in the State of Florida, and

WHEREAS, Dennis A. Schmidt has been appointed personal representative of the estate of the decedent and has performed all acts prerequisite to issuance of Letters of Administration in the Estate,

NOW, THEREFORE, I, the undersigned Circuit Judge, declare Dennis A. Schmidt duly qualified under the laws of the State of Florida to act as personal representative of the Estate of Arthur C. Schmidt, deceased, with full power to administer the estate according to law; to ask, demand, sue for, recover and receive the property of the decedent; to pay the debts of the decedent as far as the assets of the Estate will permit and the law directs; and to make distribution of the estate according to law.

WITNESS my hand and the seal of this Court on this __19__ day of __NOV__, 2007.

_____
PATRICIA THOMAS, Circuit Judge

CERTIFIED TO BE A TRUE COPY
AND THAT LETTERS ARE IN
FULL FORCE AND EFFECT
THIS ___ DAY OF _____

BETTY STRIFLER
CLERK OF THE CIRCUIT COURT
BY_____ D.C.

1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been furnished to Thomas M. VanNess, Jr., VanNess & VanNess, P.A., 1205 North Meeting Tree Blvd., Crystal River, Florida 34429, by U. S. Mail delivery on this ___19___ day of October, 2007.

Judicial Assistant/Deputy Clerk

2