UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ARTHUR C. SCHMIDT,

            Plaintiff,

-vs-                                      Case No. 5:07-cv-382-Oc-10GRJ

MERRILL LYNCH TRUST COMPANY,
n/k/a Merrill Lynch Bank & Trust Co., FSB,
JOHN HANCOCK LIFE INSURANCE CO.
(U.S.A.), LEVUN GOODMAN & COHEN,
LLP, JEFFREY S. TAYLOR,

            Defendants.
_____

**O R D E R**

On June 2, 2008, the United States Magistrate Judge issued a Report, (Doc. 49), recommending that the Defendants' Joint Motion to Dismiss For Failure to Substitute Party Plaintiff And Incorporated Memorandum of Law, (Doc. 25), be denied, and that the Plaintiff's Motion For Substitution of Party, (Doc. 28), be granted. None of the Parties have filed any objections to the report and recommendation and the time for objecting has elapsed.

Accordingly, upon due consideration and an independent examination of the case file, it is hereby ORDERED as follows:

(1)    The Magistrate Judge's Report and Recommendation (Doc. 49) is ADOPTED, CONFIRMED, AND MADE A PART HEREOF;

(2) The Defendants' Joint Motion to Dismiss For Failure to Substitute Party Plaintiff And Incorporated Memorandum of Law, (Doc. 25), is DENIED; and

(3) The Plaintiff's Motion For Substitution of Party, (Doc. 28), is GRANTED.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 23rd day of June, 2008.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record